## September Term, 1792.

(p. 471.)

### The STATE against WILLIAM LAIRD.

*On* Habeas Corpus *of Negro* Rachel *claiming her Freedom.*
[*The Writ returned and filed.*]

THE Court taking into Confideration this Cafe, and it appearing to depend on the Decifion, in the Cafe of the State againft James Anderfon, on the Habeas Corpus of Negro Silas, *September Term,* 1790, ordered, That the faid Negro Rachel be difcharged and entirely liberated from the Cuftody of the faid William Laird, on the Motion of the Attorney-General.

---

## April Term, 1793.

### The STATE against BENJAMIN COVENHOVEN.

*On* Habeas Corpus *of Negro* Agnus, *claiming her Freedom.*
[*The Writ returned and filed.*]

THE Court having confidered this Cafe, and it appearing that the fame depends on the Decifions in the Cafe of the State againft James Anderfon, on the Habeas Corpus of Negro Silas, *September Term,* 1790, ordered that the faid Negro Agnus be difcharged, and entirely liberated from the Cuftody of the faid Benjamin Covenhoven, on Motion of the Attorney-General.